IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-cv-00647-D

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

ORDER

SCOTT DE LA VEGA, in his official capacity as Acting Secretary of the Interior,[1] and U.S. FISH AND WILDLIFE SERVICE,

Defendants.

Upon consideration of Defendants' Unopposed Motion to Stay Proceedings, and for good cause shown, it is hereby ORDERED that all proceedings in the above-captioned case are stayed until May 31, 2021.

SO ORDERED. This 2 day of February 2021.

James C. Dever III
United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Scott de la Vega, Acting Secretary of the Interior, is automatically substituted for David Bernhardt.