# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# (Western Division)

Case No. 5:20-cv-00647

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

DEBRA HAALAND, in her official capacity as Secretary of the Interior, and U.S. FISH AND WILDLIFE SERVICE,

    Defendants.[1]

**ORDER**

Upon consideration of the Defendants' Unopposed Motion to Extend the Stay of Proceedings, and for good cause shown, it is hereby ORDERED that all proceedings in the above-captioned case are stayed until June 14, 2021.

Dated this **26** day of **May**, 2021

_____
Hon. James C. Dever, III
United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Debra Haaland, Secretary of the Interior, is automatically substituted for former Acting Secretary Scott de la Vega.