# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | **Civil No: 5:20-cv-00647-D** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING** |
| DEBRA HAALAND, in her official capacity ) | **DISMISSAL AS TO ALL CLAIMS** |
| as Secretary of the United States Department of ) | **AGAINST DEFENDANTS AND** |
| the Interior; ) | **GRANTING PARTIES' JOINT** |
| ) | **MOTION TO STAY RESOLUTION** |
| and ) | **OF ATTORNEYS' FEES AND COSTS** |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the Parties' Joint Stipulation of Dismissal of all claims and Joint Motion for an Extension of Time to Resolve Attorneys' Fees and Litigation Costs. It is hereby ORDERED AND ADJUDGED that all claims in the Complaint are DISMISSED WITH PREJUDICE, and the deadline for Plaintiff to submit a motion for attorneys' fees and costs is extended by 60 days. By August 27, 2021, the Parties shall provide a status update on the resolution of Plaintiff's attorneys' fees and litigation costs, or Plaintiff shall file its motion for such fees and costs, if such a motion is necessary.

IT IS SO ORDERED. This _16_ day of June 2021.

Dever

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE